**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

April 14, 2023

**BY ECF**

Honorable Madeline C. Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *Catalyst Pharmaceuticals, Inc., et al. v. Lupin Ltd., et al.*
       *Civil Action No. 23 CV 1197 (MCA)(JRA)*

Dear Judge Arleo:

  This firm, together with Locke Lord LLP, represents Defendants, Lupin Ltd., Lupin Inc. and Lupin Pharmaceuticals, Inc. in the above-referenced matter. On behalf of Lupin and Plaintiffs, enclosed please find a proposed Stipulation and Order.

  We have conferred with Catalyst's counsel, who has consented to the form and entry of the proposed Consent Order. If this is acceptable to Your Honor, we respectfully request that you enter it on the docket.

  We thank Your Honor for your consideration of this request. Should Your Honor have any questions, we are available at your convenience.

            Respectfully submitted,

            s/ James S. Richter

            James S. Richter

Encl.

Cc: All Counsel of Record (by ECF)


