

Douglas Weider
Tel. 973.360.7916
weiderd@gtlaw.com

September 28, 2023

**VIA ECF**

The Honorable Jose R. Almonte, U.S.M.J.
Frank R. Lautenberg US Post Office &
  Courthouse Building
2 Federal Square
Newark, NJ 07102

Re:   *Catalyst Pharmaceuticals, Inc. and SERB SA v. Teva Pharmaceuticals, Inc., et al* Civil Action No. 2:23-cv-01190-MEF-JRA; *Catalyst Pharmaceuticals, Inc. and SERB SA v. Anora Pharma Private Limited, et al.,* Civil Action No. 2:23-cv-01194-MEF-JRA; and *Catalyst Pharmaceuticals, Inc. And SERB SA v. Lupin LTD., et al.,* Civil Action No. 2:23-cv-01197-MEF-JRA

Dear Judge Almonte:

This firm, along with Winston and Strawn, LLP, represents Defendants Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc.

The Court's Scheduling Order governing all the above matters provides that the parties shall exchange preliminary proposed constructions and identification of extrinsic evidence on or before September 28, 2023. We write on behalf of all Defendants to respectfully request an extension of that date to on or before October 2, 2023. Plaintiffs do not oppose this request and this extension would not affect any other deadlines in the Scheduling Order. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the dockets.

Thank you for Your Honor's kind attention to this request.

Respectfully yours,

*Douglas Weider*

Douglas Weider

cc:   All counsel of record (via ECF)

SO ORDERED.

_____
Hon. Jose R. Almonte, U.S.M.J.