

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6239
cchevalier@gibbonslaw.com

August 14, 2025

The Honorable Michael E. Farbiarz, U.S.D.J.
Frank R. Lautenberg US Post Office &
Courthouse Building
2 Federal Square
Newark, New Jersey 07102

>  Re: *Catalyst Pharmaceuticals, Inc., et al. v. Annora Pharma Private Ltd., et al.*;
>  Civil Action No. 23-1194-MEF-JRA
>  *Catalyst Pharmaceuticals, Inc., et al v. Lupin Ltd., et al.;* Civil Action No. 23-1197-MEF-JRA

Dear Judge Farbiarz:

    This firm, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Plaintiffs") in the above-referenced matters. Together with Hill Wallack LLP and Cozen O'Connor, counsel for Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc. (collectively, "Hetero") and Midlige Richter LLC and Buchanan Ingersoll & Rooney PC, counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), we write further to the Court's instructions that the parties write to Your Honor regarding a trial date for the above-referenced matters. (*See* Case Nos. 23-1194 and 23-1197, Aug. 1, 2025 Minute Entries).

    Judge Almonte has scheduled the pretrial conference in the above-referenced matters for November 4, 2025. (Case No. 23-1194, ECF No. 179; Case No. 23-1197, ECF No. 239). The FDA stay in the above-referenced matters expires on May 28, 2026. The parties have conferred regarding counsel and witness availability and respectfully request, subject to the Court's availability, that a trial be scheduled for the week of January 19, 2026. The parties believe that they will need five days to present their respective cases to the Court.

    Should Your Honor have any questions or would like to discuss this matter further, the parties will make themselves available at the Court's convenience. The parties thank the Court for its consideration and assistance in this matter.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

cc:    All counsel of record (via ECF and e-mail)